**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

UNITED STATES of AMERICA EX REL.
JOHNSON AND JORDAN, INC.,

Plaintiff,

v.

WILLIAMS BUILDING COMPANY, INC.,
and FRANKENMUTH SURETY COMPANY,

Defendants.

CIVIL ACTION
Docket No. 1:26-CV-00359-SDN

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby states that Johnson & Jordan, Inc. is a privately held corporation. Johnson & Jordan, Inc. is owned by the Johnson & Jordan, Inc. Employee Stock Ownership Trust. No publicly held corporation owns 10% or more of Johnson & Jordan, Inc..

Dated: July 20, 2026

*/s/ Michael R. Bosse*

Michael R. Bosse, Bar No. 8358

Bernstein Shur
100 Middle Street; PO Box 9729
Portland, ME 04104-5029
(207) 774-1200
mbosse@bernsteinshur.com

Attorney for Johnson & Jordan, Inc.