Case 1:26-cv-00359-SDN Document 3-1 Filed 07/13/26 Page 1 of 2 PageID #: 16

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maine

UNITED STATES of AMERICA EX REL. JOHNSON AND JORDAN, INC.,

*Plaintiff(s)*

v.

WILLIAMS BUILDING COMPANY, INC., and FRANKENMUTH SURETY COMPANY

*Defendant(s)*

Civil Action No. 1:26-cv-00359-SDN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frankenmuth Surety
c/o CT Corporation System
3 Chase Ave
Augusta, ME 04330-4525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael R. Bosse, Esq.
Bernstein Shur
PO Box 9729
Portland, ME 04104-5029

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 07/13/2026

Jennifer Lyons
Clerk, U.S. District Court

Case 1:26-cv-00359-SDN Document 3-1 Filed 07/13/26 Page 2 of 2 PageID #: 17

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00359-SDN

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation System, Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Frankenmuth Surety on *(date)* SEP 15 2026 ; or

❐ I returned the summons unexecuted because ____________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: SEP 15 2026

[signature]
*Server's signature*

Harry McKenney
Chief Civil Deputy
*Printed name and title*

Kennebec County
Sheriff's Office
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset